(Official Form 1) (1/08)

# United States Bankruptcy Court
## Middle District of Tennessee

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Sumner Regional Health Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by Debtor in the last 8 years (include married, maiden and trade names): See attached Annex 1 | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 62-1573738 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): 555 Hartsville Pike Gallatin, TN 37066   ZIP CODE | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business: Sumner County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business** (Check all boxes that apply)
- ☒ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockholder
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (check box, if applicable)
- ☒ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individual only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Small Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million

--------

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Sumner Regional Health Systems, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (if more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (if more than one, attach additional sheet) | | |
| Name of Debtor:<br>See attached Annex 2 | Case Number | Date Filed: |
| District:<br>Middle District of Tennessee | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of the title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a join petition is filed, each spouse must complete and attach a separate Exhibit D.)

　☐　Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　☐　Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

　☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

　　　　_____
　　　　(Name of landlord that obtained judgment)

　　　　_____
　　　　(Address of landlord)

　☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

　☐　Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

　☐　Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

(Official Form 1) (1/08)  
FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Sumner Regional Health Systems, Inc. |

## Signatures

### Signature(s) of Debtors(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

/s/ Robert A. Guy, Jr.
Signature of Attorney for Debtor(s)

Robert A. Guy, Jr.
Printed Name of Attorney for Debtor(s)

Frost Brown Todd LLC
Firm Name

424 Church Street, Suite 1600
Address
Nashville, TN 37219-2308

(615) 251-5550
Telephone Number

April 30, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

*(signed)* Waite Popejoy
Signature of Authorized Individual

Waite Popejoy
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

April 30, 2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110,; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure any result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Annex 1

### All Other Names Used by Debtor in the Last 8 Years

Sumner Regional Medical Center

SRHS Professional Services

Sumner Station

Sumner In-Patient Rehabilitation Unit

Westmoreland Pharmacy

Imaging for Women at Sumner Station

Diagnostic Center at Sumner Station

Outpatient Rehab Services at Sumner Station

The Fitness Center at Sumner Station

Sumner Crossroads

Executive House Apartments

**Annex 2**

List of Affiliated Entities Filing Chapter 11 Petitions on the Date Hereof

On the date hereof, each of the affiliated entities listed below (including the debtor in this Chapter 11 case) filed in this Court a petition for relief under Chapter 11 of Title 11 of the United States Code. Contemporaneously with the filing of the petitions, these entities filed a motion requesting that the Court jointly administer their Chapter 11 cases solely for procedural purposes.

1. Sumner Regional Health Systems, Inc.
2. Trousdale Medical Center, Inc.
3. Frank T. Rutherford Memorial Hospital, Inc.
4. SRHS Holdings, LLC
5. Sumner Homecare and Hospice, LLC
6. Family Wellness Group of Middle Tennessee, LLC
7. ClinicCare, LLC

# CERTIFICATION OF RESOLUTIONS

I, Roger Kaiser, M.D., the undersigned chief executive officer of Sumner Regional Health Systems, Inc., a Tennessee not-for-profit corporation; Trousdale Medical Center, Inc., a Tennessee not-for-profit corporation; Frank T. Rutherford Memorial Hospital, Inc., a Tennessee not-for-profit corporation; SRHS Holdings, LLC, a Tennessee nonprofit limited liability company; Sumner Homecare and Hospice, LLC, a Tennessee nonprofit limited liability company; Family Wellness Group of Middle Tennessee, LLC, a Tennessee nonprofit limited liability company; and ClinicCare, LLC, a Tennessee nonprofit limited liability company (collectively, the "Corporation"), do hereby certify that the following is a true and correct copy of resolutions duly adopted by the governing body of each such corporation or limited liability company at a joint meeting on April 25, 2010, and that the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**WHEREAS**, after due consideration, the governing bodies (collectively, the "Board") of: Sumner Regional Health Systems, Inc., a Tennessee not-for-profit corporation; Trousdale Medical Center, Inc., a Tennessee not-for-profit corporation; Frank T. Rutherford Memorial Hospital, Inc., a Tennessee not-for-profit corporation; SRHS Holdings, LLC, a Tennessee nonprofit limited liability company; Sumner Homecare and Hospice, LLC, a Tennessee nonprofit limited liability company; Family Wellness Group of Middle Tennessee, LLC, a Tennessee nonprofit limited liability company; and ClinicCare, LLC, a Tennessee nonprofit limited liability company (collectively, the "Corporation") believe it is desirable and in the best interest of the Corporation, its creditors and other interested parties, that a voluntary petition be filed by the Corporation, seeking relief under the provisions of Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"); and

**WHEREAS**, after due consideration, the Corporation has determined that in connection with filing such petition it is in the best interest of the Corporation, its creditors and other interested parties to seek the approval of the Bankruptcy Court for the sale of all or substantially all of the Corporation's assets; it is hereby

**RESOLVED**, that notice of this meeting be and it hereby is waived by all Board members; and it is further

**RESOLVED**, that any and all officers of the Corporation are each authorized and empowered, on behalf of and in the name of the Corporation, to execute and verify such petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Middle District of Tennessee (the "Bankruptcy Court") at such time as the officer executing the petitions on behalf of the Corporation shall determine; and it is further

**RESOLVED**, that any and all of the officers of the Corporation be, and each of them hereby is, authorized, on behalf of and in the name of the Corporation, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in the Chapter 11 case; and it is further

**RESOLVED**, that the sale of all or substantially all of the Corporation's assets, on the terms approved by the Bankruptcy Court, to LifePoint Hospitals, Inc. or any of its affiliates, or to such other buyer as is determined under bid and auction procedures approved by the Bankruptcy Court, and subject to other required governmental or regulatory approvals, be and it hereby is authorized and approved; and it is further

**RESOLVED**, that any and all of the officers of the Corporation be, and each of them hereby is, authorized and directed to retain the law firm of Proskauer Rose LLP as bankruptcy and reorganization counsel to the Corporation in connection with the aforesaid Chapter 11 case and for all other relevant purposes; and it is further

**RESOLVED**, that any and all of the officers of the Corporation be, and each of them hereby is, authorized and directed to retain the law firm of Frost Brown Todd LLC as local bankruptcy and reorganization counsel to the Corporation in connection with the aforesaid Chapter 11 case and for all other relevant purposes; and it is further

**RESOLVED**, that any and all of the officers of the Corporation be, and each of them hereby is, authorized and directed to retain the firm of Navigant Capital Advisors as financial advisors to the Corporation in connection with the aforesaid Chapter 11 case and for all other relevant purposes; and it is further

**RESOLVED**, that any and all of the officers of the Corporation be, and each of them hereby is, authorized and empowered on behalf of and in the name of the Corporation, to retain and employ other attorneys, accountants, restructuring professionals, financial advisors and other professionals to assist the Corporation in its Chapter 11 case and the sale on such terms as are deemed necessary, proper or desirable; and it is further

**RESOLVED**, that in connection with the commencement of the Chapter 11 case by the Corporation, any or all of the officers of the Corporation be, and each of them hereby is, authorized and empowered on behalf of and in the name of the Corporation, to negotiate, execute and deliver cash collateral financing documents, as previously discussed with the Board (including, with court approval, and to the extent necessary or desirable, in connection therewith, such documents as such officers consider appropriate), to use cash collateral thereunder, pay interest thereon at the rates specified therein and to grant a continuing security interest in all assets and properties of the Corporation to secure the obligations thereunder, in each case on the terms and conditions such officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by the execution or the taking of such actions, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Corporation; and it is further

**RESOLVED**, that any or all of the officers of the Corporation be, and each of them hereby is, respectively authorized and empowered to cause the Corporation, subject to Bankruptcy Court approval, to execute and consummate an Asset Purchase Agreement for the sale of all or substantially all of the Corporation's assets and all related agreements and documents; and it is further

**RESOLVED**, that any or all of the officers of the Corporation be, and each of them hereby is, respectively authorized and empowered to cause the Corporation enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities (including but not limited to the Attorney General and Reporter of Tennessee), certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to prosecute the Chapter 11 case and the sale of the Corporation's assets and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any officers of the Corporation in the name of and on behalf of the Corporation, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, approved and adopted.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 29th day of April, 2010.

Name: Roger Kaiser, M.D.
Title: President/CEO of Sumner Regional Health Systems, Inc., Trousdale Medical Center, Inc., and Frank T. Rutherford Memorial Hospital, Inc.
Chief Manager of SRHS Holdings, LLC, Sumner Homecare and Hospice, LLC, and ClinicCare, LLC
Chief Operating Officer of Family Wellness Group of Middle Tennessee, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In re: ) Chapter 11
)
Sumner Regional Health Systems, Inc.,[1] ) Case No. 10-_____ ( )
)
Debtor. )
)
)

**CORPORATE OWNERSHIP STATEMENT**

    In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

**Corporate Holder of Equity Interest in the Debtor**           **Interest**
None.

---

[1] The last four digits of the Debtor's federal tax identification number are: 3738.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In re: ) Chapter 11
)
Sumner Regional Health Systems, Inc.,[1] ) Case No. 10-_____ ( )
)
Debtor. )
)
)

### DECLARATION REGARDING
### CORPORATE OWNERSHIP STATEMENT

I, Waite Popejoy, Chief Restructuring Officer of the above-captioned debtor (the "Debtor"), as an authorized officer of the Debtor in this Chapter 11 case, declare under penalty of perjury that I have reviewed the *Corporate Ownership Statement* of the Debtor and it is true and correct as of the date hereof, to the best of my knowledge, information and belief.

Date: April 30, 2010

_____
Waite Popejoy

---

[1] The last four digits of the Debtor's federal tax identification number are: 3738.