IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Sumner Regional Health Systems, Inc., *et al.*[1] | Case No. 10-_____ (  ) |
| Debtors. | Joint Administration Requested |

**MOTION OF DEBTORS PURSUANT TO BANKRUPTCY RULE 1007
FOR AN ORDER GRANTING AN EXTENSION OF TIME TO FILE
STATEMENTS OF FINANCIAL AFFAIRS AND SCHEDULES OF
(1) ASSETS AND LIABILITIES, (2) CURRENT INCOME AND EXPENDITURES
AND (3) EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Sumner Regional Health Systems, Inc. ("Sumner") and its affiliated debtors in the above captioned chapter 11 cases, as debtors-in-possession (collectively, the "Debtors"), respectfully represent:

**SUMMARY OF RELIEF REQUESTED**

1. By this motion (the "Motion"), the Debtors seek entry of an order, substantially in the form annexed hereto as Exhibit A, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 521 of Title 11 of the United States Code (the "Bankruptcy Code"), extending through June 3, 2010 (an extension of approximately 20 days), the time within which the Debtors must file their statements of financial affairs and their schedules of (1) assets and liabilities, (2) current income and expenditures and (3) executory contracts and unexpired leases (such statements and schedules hereinafter referred to as the "Schedules"). For the reasons set forth below, additional time is needed to ensure that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sumner Regional Health Systems, Inc. (3738), Trousdale Medical Center, Inc. (5666), Frank T. Rutherford Memorial Hospital, Inc. (8987), SRHS Holdings, LLC (2680), Sumner Homecare and Hospice, LLC (4324), Family Wellness Group of Middle Tennessee, LLC (1860) and ClinicCare, LLC (6783).

these documents, when filed, represent the most accurate and complete data in order to facilitate the ongoing administration of these Chapter 11 cases.

## JURISDICTION

2. The Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The relief sought in this Motion is based upon Section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c).

## BACKGROUND

4. On the date hereof (the "Petition Date"), the Debtors filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their business and manage their affairs as debtors-in-possession. No official committee of unsecured creditors has yet been appointed by the Office of the United States Trustee.

5. The factual background relating to the Debtors' commencement of these Chapter 11 cases is set forth in detail in the Affidavit of Waite Popejoy, the Chief Restructuring Officer of Sumner Regional Health Systems, Inc., in Support of Chapter 11 Petitions and First Day Pleadings (the "Popejoy Affidavit") filed contemporaneously herewith and incorporated herein by reference.

## BASIS FOR RELIEF REQUESTED

6. Pursuant to Bankruptcy Rule 1007(c), the Debtors are required to file the Schedules within 14 days following the Petition Date.

7. Bankruptcy Rule 1007(c) provides that any extension of time to file the Schedules may be granted only upon motion for cause shown. The Debtors submit that ample cause exists for an extension of time to file their Schedules for the reasons set forth below.

8. The Debtors and their professional advisors are working diligently to prepare the Schedules to reflect accurately the financial circumstances of the Debtors as of the Petition Date. However, prior to the filing of these cases, the Debtors were unable to devote the resources necessary to complete the Schedules due to the fact that their management and other personnel spent a significant amount of time preparing for the Chapter 11 filing, pursuing a sale of substantially all of the Debtors' assets and negotiating agreements in connection therewith and attending to their usual demanding daily duties.

9. The Debtors have thousands of creditors and liabilities (as of March 29, 2010) in the aggregate amount of approximately $180,749,000. Included in that number are various creditors and other parties in interest, and numerous parties to executory contracts. In order to complete the Schedules, the Debtors will be required to, among other things, compile executory contracts and review their records to determine outstanding liabilities to each individual creditor as of the Petition Date. Additionally, the Debtors will be required to identify all potential claimants to whom a bar date notice must be sent, as well as identify all payments that were made to creditors within the 90 day period prior to filing (or one year period prior to filing with respect to insiders).

10. The Debtors anticipate that they will be able to file their Schedules, all in the appropriate formats prescribed by the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules of the Middle District of Tennessee (the "Local Rules"), within 34 days after

the Petition Date. Accordingly, the Debtors request an extension of time to file their Schedules through and including such date, without prejudice to their right to seek a further extension for cause shown. Bankruptcy Rule 1007(c) provides for the extension, for cause, of the time for the filing of the Schedules and Statements. In view of the size of the Debtors' Chapter 11 cases, the complexity of their business operations and financial affairs, and the amount of information that must be assembled and compiled, ample cause exists for the requested extension.

11. The relief requested in this Motion has been granted routinely by bankruptcy courts in the Sixth Circuit and other jurisdictions. See, e.g., In re Santa Fe Holding Co., Case No. 09-07856, Doc. 77 (Bankr. M.D. Tenn. July 20, 2009) (granting similar relief); In re Nukote Int'l, Inc., Case No. 09-06240, Doc. 43 (Bankr. M.D. Tenn. June 5, 2009); In re SL Liquidating, Inc., Case No. 09-12869, Doc. 62 (Bankr. S.D. Ohio May 12, 2009); In re Milacron Inc., Case No. 09-11235, Doc. 49 (JVA) (Bankr. S.D. Ohio Mar. 11, 2009); In re Commissary Operations, Inc., Case No. 08-06279, Doc. 26 (Bankr. M.D. Tenn. July 23, 2008); In re Sofa Express, Inc., Case No. 07-09024, Doc. 55 (Bankr. M.D. Tenn. Dec. 10, 2007); In re Serv. Merch. Co., Case No. 99-02649, Doc. 51 (Bankr. M.D. Tenn. Mar. 29, 1999).

**NOTICE**

12. Notice of this Motion has been given to the following parties or, in lieu thereof, to their counsel, if known: (a) the United States Trustee for the Middle District of Tennessee; (b) the Debtors' twenty largest unsecured creditors; (c) Wells Fargo Bank, National Association as Trustee; (d) the Tennessee Attorney General; (e) the United States Attorney General; (f) the Internal Revenue Service; and (g) all parties that have requested personal notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no further notice of the Motion is necessary or required.

4541/69444-001 Current/18525799v4

## NO PREVIOUS REQUEST

13. No prior Motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an order granting an extension of time to file the Schedules as set forth herein, and grant such further relief as is just and proper.

4541/69444-001 Current/18525799v4

Dated: April 30, 2010

    */s/ Robert A. Guy, Jr.*
FROST BROWN TODD LLC
Robert A. Guy, Jr., Esq.
424 Church Street, Suite 1600
Nashville, Tennessee 37219
Telephone: 615.251.5550
Facsimile: 615.251.5551
E-mail: bguy@fbtlaw.com

   *- and -*

Ronald E. Gold, Esq.*
Joseph B. Wells, Esq.*
201 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202
Telephone: 513.651.6800
Facsimile: 513.651.6981
E-mail: rgold@fbtlaw.com
E-mail: jbwells@fbtlaw.com

   *- and -*

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.*
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: 312-962-3550

   *- and -*

Jeffrey W. Levitan, Esq.*
Adam T. Berkowitz, Esq.*
1585 Broadway
New York, NY 10036-8299
Telephone: 212-969-3000

*Pro Hac Vice* Motion Pending

Proposed Counsel for Debtors and Debtors in Possession

6

# EXHIBIT A

**Proposed Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re:<br><br>Sumner Regional Health Systems, Inc., *et al.*[1]<br><br>Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 10-_____ (   )<br>) <br>) Joint Administration Requested<br>) <br>) |

**ORDER GRANTING AN EXTENSION OF TIME FOR THE DEBTORS
TO FILE STATEMENTS OF FINANCIAL AFFAIRS AND SCHEDULES OF (1) ASSETS
AND LIABILITIES, (2) CURRENT INCOME AND EXPENDITURES AND
(3) EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "Motion")[2] of Sumner Regional Health Systems, Inc. ("Sumner"), and the other above-captioned debtors and debtors-in-possession (the "Debtors"), seeking entry of an order extending the time within which the Debtors must file their schedules of assets and liabilities, statements of financial affairs and lists of executory contracts and unexpired leases (collectively, the "Schedules"), as required by Bankruptcy Rule 1007(c);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sumner Regional Health Systems, Inc. (3738), Trousdale Medical Center, Inc. (5666), Frank T. Rutherford Memorial Hospital, Inc. (8987), SRHS Holdings, LLC (2680), Sumner Homecare and Hospice, LLC (4324), Family Wellness Group of Middle Tennessee, LLC (1860) and ClinicCare, LLC (6783).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

2

and sufficient cause appearing therefor; and it appearing that no further notice of the relief requested in the Motion is required; it is hereby

**ORDERED**, that the time for the Debtors to file the Schedules is hereby extended through and including June 3, 2010, without prejudice to the Debtors' rights to seek additional extensions upon proper motion and for cause shown.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Prepared by:

 /s/ Robert A. Guy, Jr.
FROST BROWN TODD LLC
Robert A. Guy, Jr., Esq., TN # 16715
424 Church Street, Suite 1600
Nashville, Tennessee 37219
Telephone: 615.251.5550
Facsimile: 615.251.5551
E-mail: bguy@fbtlaw.com

   - and -

Ronald E. Gold, Esq.*
Joseph B. Wells, Esq.*
201 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202
Telephone: 513.651.6800
Facsimile: 513.651.6981
E-mail: rgold@fbtlaw.com
E-mail: jbwells@fbtlaw.com

   - and -

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.*
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: 312-962-3550

   - and -

Jeffrey W. Levitan, Esq.*
Adam T. Berkowitz, Esq.*
1585 Broadway
New York, NY 10036-8299
Telephone: 212-969-3000

*Proposed Counsel for the Debtors*

\*\*Pro Hac Vice* Motion Pending