# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| Sumner Regional Health Systems, Inc., *et al.*[2] | ) Case No. 3:10-bk-04766 |
| Debtors. | ) Joint Administration Requested |

## ORDER GRANTING MOTION FOR
## ADMISSION *PRO HAC VICE* OF JEFF J. MARWIL

This matter having come before the Court pursuant to the Motion for Admission *Pro Hac Vice* of Jeff J. Marwil of Proskauer Rose LLP, Three First National Plaza, 70 West Madison, Chicago, IL 60602-4342, jmarwil@proskauer.com, and the Court having been fully advised in the premises,

IT IS HEREBY ORDERED that Jeff J. Marwil is granted *pro hac vice* admission in these cases and shall be permitted to participate as counsel and represent the interests

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sumner Regional Health Systems, Inc. (3738), Trousdale Medical Center, Inc. (5666), Frank T. Rutherford Memorial Hospital, Inc. (8987), SRHS Holdings, LLC (2680), Sumner Homecare and Hospice, LLC (4324), Family Wellness Group of Middle Tennessee, LLC (1860) and ClinicCare, LLC (6783).

of the above-captioned debtors and debtors-in-possession in all matters relating to these bankruptcy cases.

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED ON THE TOP OF THE FIRST PAGE.

Approved for Entry:

/s/ Robert A. Guy, Jr.
Robert A. Guy, Jr. Esq. (TN #16715)
FROST BROWN TODD LLC
424 Church Street, Suite 1600
Nashville, TN 37219
(615) 251-5557 Telephone
(615) 251-5551 Facsimile
bguy@fbtlaw.com  Email

*[Proposed] Counsel for the Debtors and Debtors in Possession*

CINLibrary 0119269 . 0575679   2104994v1