# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Sumner Regional Health Systems, Inc., *et al.*[1] | Case No. 3:10-bk-04766 |
| | Jointly Administered |
| Debtors. | |

## AGENDA FOR MATTERS SCHEDULED
## FOR HEARING ON JUNE 15, 2010 AT 1:00 p.m.

**I.   UNCONTESTED MATTERS**

1.  Motion of the Debtors (I) for an Order, Pursuant to Bankruptcy Code Sections 105(a) and 331, Establishing Procedures for Interim Compensation and Reimbursement for Expenses of Professionals, and (II) Requesting Expedited Relief and/or Shortening Notice Period, to the Extent Necessary (Docket No. 201)

    | | |
    |---|---|
    | Date Filed: | May 20, 2010 |
    | Response Deadline: | June 11, 2010 |
    | Responses Filed: | None |
    | Related Pleadings: | Expedited Order Setting Hearing (Docket No. 209) |
    | Status: | This matter is going forward. |

2.  Application of Debtors for an Order Authorizing the Debtors to Retain, Employ and Compensate Professionals in the Ordinary Course and Shortening Notice Period, to the Extent Necessary (Docket No. 203)

    | | |
    |---|---|
    | Date Filed: | May 20, 2010 |
    | Response Deadline: | June 11, 2010 |
    | Responses Filed: | None |
    | Related Pleadings: | Expedited Order Setting Hearing (Docket No. 210) |
    | | Notice of Filing Corrected Exhibit (Docket |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sumner Regional Health Systems, Inc. (3738), Trousdale Medical Center, Inc. (5666), Frank T. Rutherford Memorial Hospital, Inc. (8987), SRHS Holdings, LLC (2680), Sumner Homecare and Hospice, LLC (4324), Family Wellness Group of Middle Tennessee, LLC (1860) and ClinicCare, LLC (6783).

|  |  | No. 213) |
|---|---|---|
| Status: | | This matter is going forward. |

**II.    CONTESTED MATTERS**

1. Debtors' Motion for Orders: (I) (A) Approving Bidding Procedures for the Sale of Substantially All Assets, (B) Scheduling an Auction, (C) Scheduling a Sale Hearing, (D) Approving Assumption and Assignment Procedures Related to the Sale, (E) Authorizing Payment of a Break-Up Fee and Expense Reimbursement and (F) Approving the Form of the Sale Notice; and (II) Authorizing the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Authorizing and Approving the Related Purchase Agreement, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief (Docket No. 7)

| | |
|---|---|
| Date Filed: | May 1, 2010 |
| Response Deadline: | June 8, 2010 at 4:00 p.m. (with respect to Sale) |
| | June 11, 2010 (Assignment Objection deadline) |
| Responses Filed: | Limited Objection of Surgical Health Partners, LLC (Docket No. 284) |
| | Limited Objection of Saint Thomas (Docket No. 285) |
| | Limited Objection of Surgical Health Partners, LLC (Docket No. 286) |
| | Limited Objection of LPS Integration, Inc. (Docket No. 287) |
| | Limited Objection of Sumner Medical Plaza, LLC (Docket No. 288) |
| | Objection of Sumner County, TN (Docket No. 289) |
| | Objection of Connecticut General Life Insurance Company and CIGNA Healthcare of Tennessee, Inc. to Assumption and Assignment (Docket No. 292) |
| | Joinder of Fifth Third Bank, N.A. to Limited Objection of Sumner Medical Plaza, LLC (Docket No. 293) |
| | Objection of LPS Integration, Inc. to Cure Amount (Docket No. 297) |

|  |  |
|---|---|
|  | Objection of Microsoft Corp. to Assumption and Assignment (Docket No. 307) |
|  | Limited Objection of Official Committee of Unsecured Creditors (Docket No. 311) |
|  | Objection of Citadel Properties V, LLC to Cure Amount (Docket No. 312) |
|  | Joinder of Bank N.V. and the Bank of Nova Scotia, New York Agency to Objection of Citadel Properties V, LLC (Docket No. 313) |
|  | Response of Wells Fargo Bank National Association to Sumner County's Objection to Sale Motion (Docket No. 315) |
|  | Response of Debtors to Sale Objections (Docket No. 316) |
|  | Joinder of Official Committee of Unsecured Creditors to Response of Debtors and Wells Fargo Bank National Association to Sale Objections (Docket No. 318) |
| Related Pleadings: | Affidavit of Waite Popejoy in Support of Chapter 11 Petitions and First Day Pleadings (Docket No. 33) |
|  | Bidding Procedures Order (Docket No. 181) |
|  | Notice of Bid Deadline, Auction and Sale Hearing (Docket No. 235) |
|  | Witness List of Sumner County, TN (Docket No. 305) |
|  | Exhibit List of Sumner County, TN (Docket No. 308) |
|  | Debtors' Exhibit and Witness List (Docket No. 314) |
|  | Exhibit and Witness List of CIGNA Healthcare of Tennessee, Inc. and Connecticut General Life Insurance (Docket No. 317) |

2. Motion of Debtors Pursuant to Section 365(a) of the Bankruptcy Code for Entry of an Order Authorizing Rejection of Lease Termination Agreement (Docket No. 29)

|  |  |
|---|---|
| Date Filed: | May 1, 2010 |
| Response Deadline: | May 18, 2010 (deadline for response by Sumner County, TN extended by agreement) |
| Responses Filed: | Objection of Sumner County, TN (Docket No. 291) |
|  | Response of Debtors to Objection of Sumner County, TN (Docket No. 316) |
|  | Joinder of Official Committee of Unsecured Creditors to Response of Debtors to Objection of Sumner County, TN (Docket No. 318) |
| Related Pleadings: | Affidavit of Waite Popejoy in Support of Chapter 11 Petitions and First Day Pleadings (Docket No. 33) |
|  | Expedited Omnibus Motion to Set Hearing (Docket No. 31) |
|  | Order Granting Expedited Omnibus Motion to Set Hearing (Docket No. 103) |
|  | Agenda of Matters Scheduled for Hearing on June 3, 2010 (Docket No. 259) |
|  | Witness List of Sumner County, TN (Docket No. 305) |
|  | Exhibit List of Sumner County, TN (Docket No. 308) |
|  | Debtors' Exhibit and Witness List (Docket No. 314) |

Dated: June 14, 2010

Respectfully submitted,

*/s/ Robert A. Guy, Jr.*
FROST BROWN TODD LLC
Robert A. Guy, Jr., Esq., TN # 16715
424 Church Street, Suite 1600
Nashville, Tennessee 37219
Telephone: 615.251.5550
Facsimile: 615.251.5551
E-mail: bguy@fbtlaw.com

*- and -*

Ronald E. Gold, Esq.*
Joseph B. Wells, Esq.*
201 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202
Telephone: 513.651.6800
Facsimile: 513.651.6981
E-mail: rgold@fbtlaw.com
E-mail: jbwells@fbtlaw.com

*- and -*

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.*
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: 312-962-3550

*- and -*

Jeffrey W. Levitan, Esq.*
Adam T. Berkowitz, Esq.*
1585 Broadway
New York, NY 10036-8299
Telephone: 212-969-3000

*Counsel for the Debtors*

*Admitted *Pro Hac Vice*