United States Bankruptcy Court
For the Middle District Of Tennessee

| | |
|---|---|
| SUMNER REGIONAL HEALTH SYSTEMS INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-04766 |
| Debtor | } Amount **$10,060.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**EV3 INC**
**3033 CAMPUS DRIVE**
**PLYMOUTH, MN 55441**

The transfer of your claim as shown above in the amount of **$10,060.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

497689

## TRANSFER NOTICE

EV3 INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Sumner Regional Health Systems, Inc., et al. ("Debtor"), in the aggregate amount of $10,060.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Middle District of Tennessee, jointly administered under Case No. 10-04766.

IN WITNESS WHEREOF, Assignor has signed below as of the 28th day of June, 2010.

EV3 INC                                    Liquidity Solutions, Inc.

By: _____              _____
(Signature)                                (Signature)

David H. Hall - Finance Manager            Michael Handler
(Print Name and Title)                     (Print Name and Title)

xa7689