United States Bankruptcy Court
For the Middle District Of Tennessee

| SUMNER REGIONAL HEALTH SYSTEMS, INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-04766 |
| Debtor | } Amount **$1,547.55** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

ATCO INTERNATIONAL
2136 KINGSTON COURT SE
MARIETTA, GA 30067

The transfer of your claim as shown above in the amount of **$1,547.55** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3154216

## TRANSFER NOTICE

Atco International ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **SUMNER REGIONAL HEALTH SYSTEMS, INC.** (the "Debtor"), in the aggregate amount of **$1,547.55**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Middle District of Tennessee, administered as Case No. 10-04766.

IN WITNESS WHEREOF, Assignor has signed below as of the 28 day of June, 2010

Atco International

Misty Roman

(Signature)

Misty Roman Credit Mgr

(Print Name and Title)

Mich H

Liquidity Solutions, Inc.

Michael Handler

SUMNER REGIONAL HEALTH SYSTEMS, INC.
Atco International

3154216