United States Bankruptcy Court
For the Middle District Of Tennessee

| SUMNER REGIONAL HEALTH SYSTEMS, INC. | } Chapter 11 |
| --- | --- |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-04766 |
| Debtor | } Amount **$3,640.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**NASHVILLE MACHINE ELEVATOR CO., INC**
**PO BOX 101603**
**NASHVILLE, TN 37224**

The transfer of your claim as shown above in the amount of **$3,640.00** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Michael Handler
    Liquidity Solutions Inc
    (201) 968-0001

3154264

## TRANSFER NOTICE

Nashville Machine Elevator Co., Company, Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **SUMNER REGIONAL HEALTH SYSTEMS, INC.** (the "Debtor"), in the aggregate amount of **$3,640.00,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Middle District of Tennessee, administered as Case No. 10-04766.

IN WITNESS WHEREOF, Assignor has signed below as of the 25th day of June, 2010

Nashville Machine Elevator Co., Company, Inc

_____
(Signature)

J. Lynn Wilson, Secretary
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Michael Handler

SUMNER REGIONAL HEALTH SYSTEMS, INC.
Nashville Machine Elevator Co., Company, Inc


3154264