United States Bankruptcy Court
For the Middle District Of Tennessee

| | |
|---|---|
| SUMNER REGIONAL HEALTH SYSTEMS, INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-04766 |
| <u>Debtor</u> | } **Amount $27,075.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ADVANCED BIOHEALING INC**
**10933 N TORREY PINES ROAD**
**LA JOLLA, CA 92037**

The transfer of your claim as shown above in the amount of **$27,075.00** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

<u>By/s/Michael Handler</u>
Liquidity Solutions Inc
(201) 968-0001

3154347

## TRANSFER NOTICE

Advanced Biohealing Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **SUMNER REGIONAL HEALTH SYSTEMS, INC.** (the "Debtor"), in the aggregate amount of $27,075.00, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Middle District of Tennessee, administered as Case No. 10-04766.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010

Advanced Biohealing Inc

_Roxanne D'Asaro_
(Signature)

Roxanne D'Asaro
(Print Name and Title)
A/R Supervisor

_Michael Handler_

Liquidity Solutions, Inc.
Michael Handler

SUMNER REGIONAL HEALTH SYSTEMS, INC.
Advanced Biohealing Inc

3154347