UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

| In re: SUMNER REGIONAL HEALTH SYSTEMS | Case No. 10-04766 |
|---|---|
| Debtor. | Chapter 11 |

FILED
2010 AUG 30 AM 8:
U.S. BANKRUPTCY C.
MIDDLE DISTRICT OF

NOTICE OF TRANSFER OF CLAIM (APPEARING IN THE DEBTORS SCHEDULES) PURSUANT TO F.R.B.P. 3001(E)(1) or (3)

To: (Transferor)

Provider Enterprise S07563
61 Industrial Park Dr., Suite #2
Hendersonville, TN 37075

Your claim, in the amount of $1,871.57 has been transferred, unless previously expunged by court order to:

Riverside Claims LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
MIDDLE DISTRICT OF TENNESSEE
701 BROADWAY STE 160
CUSTOM HOUSE
NASHVILLE, TN 37203

-- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No.______ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

______________________________
CLERK

FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON ________________, 2010.

INTERNAL CONTROL NO.________________
Claims Agent Noticed: (Name of Outside Agent)________________________________
Copy to Transferee:__________________________
Deputy Clerk

# EVIDENCE OF TRANSFER OF CLAIM

Provider Enterprise 507563, a LIMITED LIABILITY [illegible] corporation, for good and valuable consideration [illegible] does hereby unconditionally and irrevocably sell, transfer and assign unto [illegible] Station, New York [illegible] Assignee [illegible] in the aggregate amount of [illegible] Sumner Regional Health Systems, Inc. [illegible] Nashville [illegible] Case No. 10-04766 [illegible]

[illegible] hereby waives any notice or hearing requirements [illegible] recognizing this Assignment of Claim as an unconditional assignment and [illegible] All references in this document to dollar amounts shall be deemed to be expressed in [illegible] payable to Assignee.

IN WITNESS WHEREOF, dated the 28 day of June 2010

WITNESS

Jesse Bennison

JESSIE BENNISON
[illegible]
CUSTOMER SERVICE MANAGER

By: [signature]
(Signature of authorized corporate officer)

LILLY A MESSER . PRESIDENT
[illegible]

615. 808 0LDD
(Telephone number of corporate officer)