UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

| In re: | |
| --- | --- |
| SUMNER REGIONAL HEALTH SYSTEMS | Case No. 10-04766 |
| Debtor. | Chapter 11 |

NOTICE OF TRANSFER OF CLAIM (APPEARING IN THE DEBTORS SCHEDULES) PURSUANT TO F.R.B.P. 3001(E)(1) or (3)

To: (Transferor)

Mid-Tenn Office Equipment
124 West Third Avenue
Carthage, TN 37030

Your claim, in the amount of $4,410.60 has been transferred, unless previously expunged by court order to:

Riverside Claims LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
MIDDLE DISTRICT OF TENNESSEE
701 BROADWAY STE 160
CUSTOM HOUSE
NASHVILLE, TN 37203

-- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____
CLERK

FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2010.

INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)_____
Copy to Transferee:_____
Deputy Clerk

EVIDENCE OF TRANSFER OF CLAIM

Mid-Tenn Office Equipment, a S_____, for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims _____ an address of PO Box 626 Planetarium Station, New York, New York 10024, its successors and assignees ("Assignee") _____ and interest in and to the claims of Assignor in the aggregate amount of $4,410.60 as stated in the Proof of Claim filed _____ against Sumner Regional Health Systems, Inc. (the "Claim") in the United States Bankruptcy Court for the Middle District of Tennessee Nashville Division, No. 10-04766 or any other court with jurisdiction.

Assignor waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by Assignor.

IN WITNESS WHEREOF, dated the 7th day of July, 2020

By: *Barry S. Clemons*
(Signature of authorized corporate officer)

BARRY S. CLEMONS, Owner
(Print name and title of authorized officer)

1 615-347-5971
(Telephone number of corporate officer)

*Brandi Lambert*
(Signature)

Brandi Lambert, Clerk
(Print name and title of witness)