# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SRHS Bankruptcy, Inc. (f/k/a Sumner Regional Health Systems, Inc.), *et al.*,[1] | ) ) ) | Case No. 3:10-bk-04766 |
| | ) | Jointly Administered |
| Debtors. | | |

**AMENDED EXPEDITED ORDER GRANTING DEBTORS' EXPEDITED MOTION TO CONTINUE HEARING ON THE EXPEDITED MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OBJECT TO POST-SALE COMPENSATION OF NAVIGANT CAPITAL ADVISORS, LLC**

Upon the Expedited Motion of SRHS Bankruptcy, Inc. ("Sumner") and the other above-captioned debtors and debtors-in-possession (together, the "Debtors"), by and through counsel, for this Court to Continue Hearing on the Expedited Motion (the "Committee's Expedited Motion") [Docket No. 731] of the Official Committee of Unsecured Creditors to Object to Post-Sale compensation of Navigant Capital Advisors, LLC, and the Court finding good cause for entry of an order granting the relief requested therein,

IT IS HEREBY ORDERED that a hearing on the Committee's Expedited Motion is continued to February 24, 2011, at 1:00 p.m. in Courtroom 3, Second Floor Customs House, 701 Broadway, Nashville, Tennessee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SRHS Bankruptcy, Inc. (f/k/a Sumner Regional Health Systems, Inc.) (3738), TMC Bankruptcy, Inc. (f/k/a Trousdale Medical Center, Inc.) (5666), FTRMH Bankruptcy, Inc. (f/k/a Frank T. Rutherford Memorial Hospital, Inc.) (8987), Holdings Bankruptcy, Inc. (f/k/a SRHS Holdings, LLC) (2680), SHH Bankruptcy, LLC (f/k/a Sumner Homecare and Hospice, LLC) (4324), FWGMT Bankruptcy, LLC (f/k/a Family Wellness Group of Middle Tennessee, LLC) (1860) and CC Bankruptcy, LLC (f/k/a ClinicCare, LLC) (6783).

IT IS FURTHER ORDERED that the deadline to file a response to the Committee's Expedited Motion is February 21, 2011, which is three days prior to the hearing date as requested in Debtors' Expedited Motion to Continue Hearing.

IT IS SO ORDERED.

Submitted for Entry:

 */s/ Robert A. Guy, Jr.*
FROST BROWN TODD LLC
Robert A. Guy, Jr., Esq., TN # 16715
Robin Bicket White, Esq., TN # 19740
424 Church Street, Suite 1600
Nashville, Tennessee 37219
Telephone: 615.251.5550
Facsimile: 615.251.5551
E-mail: bguy@fbtlaw.com
E-mail: rwhite@fbtlaw.com

   *- and -*

Ronald E. Gold, Esq.*
Joseph B. Wells, Esq.*
201 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202
Telephone: 513.651.6800
Facsimile: 513.651.6981
E-mail: rgold@fbtlaw.com
E-mail: jbwells@fbtlaw.com

   *- and -*

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.*
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: 312-962-3550

   *- and -*
Jeffrey W. Levitan, Esq.*
Adam T. Berkowitz, Esq.*
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000

*Counsel for the Debtors and Debtors-In-Possession*

*Admitted Pro Hac Vice*

NSHLibrary 0119269.0575679 95722v1

3

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:10-bk-04766 Doc 738 Filed 02/04/11 Entered 02/04/11 15:51:29 Desc Main
Document Page 3 of 3